

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00058-CV

**IN RE** William Wesley **RUTH**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
                 Irene Rios, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: June 29, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On January 28, 2022, relator filed a petition for writ of mandamus seeking to compel the respondent trial judge to vacate her December 27, 2021 orders granting the real party in interest's motion for partial summary judgment and denying relator's motions to dismiss, which relator complains were all rendered ex parte. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion; and (2) there is no adequate remedy by appeal. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).

After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 16375, styled *Commission for Lawyer Discipline v. William Wesley Ruth*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Cynthia Marie Chapa presiding.